FILED
2019 Nov-22 PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| PAUL GILBERT HINKLE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:18-cv-02073-ACA-HNJ |
| VICKY WHITE, et al., | ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report and recommendation on October 8, 2019, recommending that all claims in this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted, with the exception of the Fourteenth Amendment substantive due process claim against Defendants Charles Woods and Vicky White for depriving Plaintiff Paul Gilbert Hinkle of a mattress and blanket. (Doc. 12). The magistrate judge also recommended Mr. Hinkle's remaining claim be referred back to the magistrate judge for further proceedings. (*Id.* at 12-13). Although the magistrate judge advised Mr. Hinkle of his right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

magistrate judge's report and **ACCEPTS** his recommendation. The court **ORDERS** that all claims in this action, except the Fourteenth Amendment substantive due process claim against Mr. Woods and Ms. White for depriving Mr. Hinkle of a mattress and blanket, are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that the remaining claim is **REFERRED** to the magistrate judge for further proceedings.

    **DONE** and **ORDERED** this November 22, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE